OCTOBER 23, 1952

No. 56915.—SUIT 4664.—United States *v.* Weigert-Dagen et al.— —C. D. 1272 reversed June 26, 1951. C. A. D. 464.

BEFORE THE FIRST DIVISION, OCTOBER 29, 1952

No. 56916.—Railway Express Agency *v.* United States, protest 185933–K (New York).

Opinion by OLIVER, C. J. An examination of the official papers failing to disclose any reason for disturbing the action of the collector, which was presumptively correct, the protest was overruled.

BEFORE THE THIRD DIVISION, OCTOBER 29, 1952

No. 56917.—United Sales Agency *v.* United States, protests 116139–K, etc. (Cleveland).

Opinion by EKWALL, J. For the reasons stated in *Austin, Nichols & Co., Inc. v. United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.